# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**                **PLAINTIFF**

**VS.**                **NO.: 6:24-cr-00015-CHB-HAI-1**

### DEFENDANT GOODSON'S SENTENCING MEMORANDUM

*ELECTRONICALLY FILED*

**WILLIAM TREVOR GOODSON**            **DEFENDANT**

**\* \* \* \* \* \* \* \* \* \***

### FACTS OF THE INSTANT CASE

The Defendant, William Trevor Goodson, was indicted by a Federal Grand Jury for Coercion and Enticement of a Minor One Count.  When questioned by the Detectives, he readily admitted his culpability.

### 18 U.S.C. §3553A FACTORS

In order for the Court to mete a sentence under 18 U.S.C. §3553A that is sufficient but not greater than necessary to meet the goals of the Sentencing Reform Act the following should be considered.

### HISTORY AND CHARACTERISTICS OF THE DEFENDANT

Mr. Goodson is 32 years old.  He graduated from Eagleville High School in 2011.  He went back to school in 2015 and received his Bachelors Degree in 2019 from Lindsey Wilson College.  He attended the University of the Cumberlands from 2022-2024 and had almost obtained a Masters Degree from that Institution.

Mr. Goodson has no prior criminal record.

## STATISTICAL SUPPORT

The Defense has utilized the United States Sentencing Commission's Interactive Data Analyzer. It relied on PSR ¶17 and ¶18. A check of 2G1.3 over a time period of 2015-2023 found that individuals charged using guideline 2G1.3 found that 73.3% received a sentence of 10 to less than 15 years.

*See United States Sentencing Commission Interactive Data Analyzer*, at:

https://ida.ussc.gov/analytics/saw.dll?Dashboard (last visited January 16, 2025.)

## REQUESTED SENTENCE

The author of the PSR determined at ¶48 that the offense level was 40. However, the defense objects to a 2-point addition pursuant to ¶20 because a computer service was used. The defendant believes that a computer had nothing to do with the crime here. The author believes under ¶24 that there should be a 2-point adjustment for obstruction of justice. The defendant believes that based on his interview answers as stated on page 7 of the PSR no 2-point addition for obstruction of justice is warranted. If those 4 points were removed, the offense level would be 188-235 months.

The Defendant requests a mandatory minimum sentence of 120 months.

Respectfully submitted,

s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.
500 West Jefferson Street
Suite 1520
Louisville, Kentucky 40202
(502) 582-2020 telephone
(502) 583-8007 fax
Email: wmb@kycriminallawyer.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 20, 2025 I filed the above document through the ECF

System, which will send a notice of electronic filing to the Honorable Justin Blankenship,

Assistant United States Attorney as well as all counsel of record.

<u>s/ WILLIAM M. BUTLER, JR.</u>
William M. Butler, Jr.

/g:/msowrd/Federal 2024/William Trevor Goodson SentencingMemo/